IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                                         **CRIMINAL NO. 25 CR 1135 MIS**

**ALEXIS DIAZ-ARVEA,**

    **Defendant,**

### REPLY TO THE COURT'S ORDER TO SHOW CAUSE AND GOVERNMENT'S UNOPPOSED MOTION TO DISMISS COUNT 2 AND 3 OF THE INFORMATION WITHOUT PREJUDICE

COMES NOW, the Defendant, ALEXIS DIAZ-ARVEA, by and through his attorney of record, Carlos Ibarra-Aguirre, and replies to the Court's Order to Show CauseGovernment's Unopposed Motion to Dismiss Counts 2 and 3 in this case (Doc. 15). On behalf of my client, undersigned counsel is unopposed to the Government's request to dismiss Count 2 and Count 3 of the information without prejudice.

Undersigned counsel's last communication with Client was in court on (June 4, 2025). Undersigned counsel is not aware if or when his client was taken into ICE custody and is also unaware of whether his client has been removed from the United States. As of July 1, 2025, Client was no longer on in-custody list provided to defense counsel by the United States Marshall Service. Undersigned counsel has made no attempts to reach his client.

Undersigned counsel notes he has made no admission on behalf of the client in connection with his lack of opposition to the motion and has not entered any stipulations with the Government

in this case on behalf of the client.  Undersigned counsel agrees to a dismissal of Count 2 and Count 3 of the Information is in the interests of justice.

WHEREFORE, undersigned does not oppose the Government's motion to dismiss Count 2 and Count 3 of the Information without prejudice in the interests of justice.

Respectfully submitted by,

_____/S/_____
Carlos Ibarra-Aguirre 𝓌
Attorney for the Defense
415 E. May Avenue #2
Las Cruces, NM 88001
(575) 527-4045
carlosibarraesq@gmail.com

*Electronically filed July 25, 2025*

By: /s/ Carlos Ibarra

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon Assistant United States Attorney's Office, 200 N. Church Street, in Las Cruces, New Mexico 88001, via CM/ECF on this 25th day of July 2025.

By: /s/ Carlos Ibarra